IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Alberta Cox., 06-2095 CRB _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER VACATING ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 3, 2007, the Court inadvertently signed plaintiff's request for voluntary dismissal *without* prejudice. Accordingly, the dismissal signed October 3 and filed October 9, 2007 is VACATED. If plaintiff wishes to contest dismissal of her action *with* prejudice, she shall file an opposition to such dismissal within 10 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 11, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrecox1.wpd