**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: BEXTRA AND CELEBREX                    CASE NO. 05-1699 CRB
    MARKETING SALES PRACTICES AND
12  PRODUCT LIABILITY LITIGATION,                 MDL No. 1699 CRB

13  _____/     **ORDER DISMISSING ACTION
                                                  WITH PREJUDICE**
14  *This document relates to:*

15  Alberta Cox., 06-2095 CRB

16  _____/

17         The Court previously advised plaintiff that it would grant her motion to voluntarily

18  dismiss her action on the condition that dismissal be with prejudice.  As plaintiff has not

19  indicated that she opposes dismissal with prejudice, her action is hereby DISMISSED WITH

20  PREJUDICE.

21         **IT IS SO ORDERED.**

22

23  Dated: October 29, 2007                       _____
                                                  CHARLES  R. BREYER
24                                                UNITED STATES DISTRICT JUDGE

25

26

27

28

G:\CRBALL\2005\1699\dismissalorders\orderre06-2095.wpd